UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

TRINA HENRY,

    Plaintiff,

v.

EDWARDS GARMENT,

    Defendant.
_____/

Case No. 1:25-cv-01033

Hon. Robert J. Jonker
U.S. District Judge

## REPORT AND RECOMMENDATION

On September 3, 2025, this Court issued an order denying Plaintiff Trina Henry's application to proceed *in forma pauperis* and required her to pay the $405.00 filing within 30 days. (ECF No. 4.) The order warned Plaintiff that "[f]ailure to pay the filing fee within thirty days will result in a recommendation that this case should be dismissed for failure to prosecute." (*Id.*, PageID.21.) More than 30 days have elapsed. Plaintiff has failed to pay the filing fee.

Accordingly, it is recommended that the Court dismiss this case without prejudice for lack of prosecution.

Dated: October 9, 2025

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b). Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985).